THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER SANDERS,<br><br>  Petitioner,<br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Respondent. | CASE NO. C17-0729-JCC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed Petitioner's petition for writ of habeas corpus, the Report and Recommendation of James P. Donohue, Chief United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation (Dkt. No. 7) is APPROVED and ADOPTED.

(2) Petitioner's petition for writ of habeas corpus (Dkt. No. 1) and this action are DISMISSED without prejudice for lack of jurisdiction.

(3) Petitioner's application to proceed with this action *in forma pauperis* (Dkt. No. 6) is STRICKEN as moot.

(3) The Clerk is directed to send copies of this Order to petitioner and the Honorable James P. Donohue.

//

//

ORDER ADOPTING REPORT AND
RECOMMENDATION
PAGE - 1

1     DATED this 25th day of July 2017.

                                             John C. Coughenour
                                             UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION
PAGE - 2